THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR20-122-JLR |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING SECOND )UNOPPOSED MOTION TO )CONTINUE TRIAL DATE AND |
| MYLES STEELE, | )EXTEND PRETRIAL MOTIONS )DEADLINE |
| Defendant. | ) |

THE COURT has considered the second unopposed motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, due to counsel's need for more time to review and synthesize discovery, conduct investigation, perform legal research, consider possible defenses, draft motions, and consult with and advise Mr. Steele to prepare for trial, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER GRANTING SECOND UNOPPOSED
MOTION TO CONTINUE TRIAL &
DEADLINE FOR PRETRIAL MOTIONS
(*US v. Myles Steele;* CR20-122-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  (d) the ends of justice will best be served by a continuance, and the ends of
2 justice outweigh the best interests of the public and the defendant in any speedier trial,
3 as set forth in 18 U.S.C. § 3161(h)(7)(A); and
4  (e) the additional time requested between the current trial date of January 25,
5 2021, and the new trial date is necessary to provide counsel for the defendant the
6 reasonable time necessary to prepare for trial, considering counsel's schedule and all of
7 the facts set forth above; and
8  (f) the period of delay from the date of this order to the new trial date is
9 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
10  IT IS THEREFORE ORDERED that the trial date in this matter shall be
11 continued to May 24, 2021, and that pretrial motions shall be filed no later than
12 April 15, 2021.
13  DONE this 14th day of December, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Myles Steele

ORDER GRANTING SECOND UNOPPOSED
MOTION TO CONTINUE TRIAL &
DEADLINE FOR PRETRIAL MOTIONS
(*US v. Myles Steele;* CR20-122-JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100